```
                                                USDS SDNY
                                                DOCUMENT
UNITED STATES DISTRICT COURT                    ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                   DOC #: _____
--------------------------------------------X   DATE FILED: 10/9/09
```

Kelvin Brown,

        Plaintiff(s),                     09 Civ. 1919 (CM)

       -against-

                                                 CALENDAR NOTICE

Dr. Poradowski

        Defendant(s).

--------------------------------------------X

      Please take notice that the above captioned matter has been **scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | _X_ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, November 20, 2009 at 12:00 p.m.** in Courtroom 620, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 9, 2009                    Copies mailed /faxed/handed to counsel on 10/9/09
       New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J